The Christie Chassis, Inc., Appellant, v. William E. Christ and Alfred E. Christ, Respondents.— Action in replevin. From an order denying plaintiff's motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, the plaintiff appeals. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

Mary De Martino, Respondent, v. Brooklyn and Queens Transit Corporation, Appellant, and Estelle Appello, Defendant.— In an action for damages for injuries alleged to have been caused by reason of the negligence of the appellant's motorman in causing a street car to proceed while a truck was being driven alongside and between the street car and the curb, resulting in a collision at the rear of the street car, judgment for plaintiff reversed on the law and the facts, with costs, and complaint dismissed on the law, with costs. It was not negligence for the motorman to proceed even though the truck in question was alongside the trolley car. If plaintiff's witnesses are to be believed, the truck had proceeded to a place alongside the trolley car without incident, and there is no showing which warrants the inference that the motorman might reasonably have anticipated that the driver of the truck would so negligently operate it as to cause it to come into contact with the rear of the trolley car. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.